**UNITED STATES of America, Plaintiff–Appellee**

v.

**Enrique GUTIERREZ–GARCIA, also known as Enrique Gutierrez–Hernandez, Defendant–Appellant.**

No. 08–51100

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

July 29, 2009.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Henry Joseph Bemporad, Federal, Public Defender Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before DAVIS, GARZA and PRADO, Circuit Judges.

PER CURIAM: *

Gutierrez–Garcia appeals the 48–month sentence imposed following his guilty plea conviction for illegal reentry in violation of 8 U.S.C. § 1326. He contends that his sentence is not entitled to a presumption

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

of reasonableness because it was calculated pursuant to U.S.S.G. § 2L1.2, which he argues is not supported by empirical evidence. Gutierrez–Garcia further contends that his sentence was greater than necessary to accomplish the goals of sentencing listed in 18 U.S.C. § 3553(a)(2).

Gutierrez–Garcia's contention that his sentence is not entitled to a presumption of reasonableness because the relevant guideline is not supported by empirical evidence is without merit. *See United States v. Mondragon–Santiago,* 564 F.3d 357, 363–64 (5th Cir.2009). His sentence is presumptively reasonable. *See United States v. Alonzo,* 435 F.3d 551, 554 (5th Cir.2006). Moreover, the district court addressed the factors set out at 18 U.S.C. § 3553(a) when imposing his sentence. Gutierrez–Garcia has failed to rebut the presumption of reasonableness.

AFFIRMED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.